DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 035P12 | Connie Chandler, Employee, by her Guardian *ad Litem*, Celeste M. Harris v. Atlantic Scrap & Processing, Employer and Liberty Mutual Insurance Company, Carrier | 1. Defs' Motion for Temporary Stay (COA11-618) | 1. Allowed **01/25/12** |
| --- | --- | --- | --- |
| | | 2. Defs' Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. Defs' PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| | | 4. Plt's Motion for Expedited Consideration | 4. Dismissed as Moot |
| | | 5. Plt's Motion for Relief from Stay | 5. Denied |
| | | 6. Plt's Motion to Dismiss PDR | 6. Dismissed as Moot |
| | | 7. Plt's Motion for Attorney's Fees | 7. Dismissed |
| | | 8. Plt's Supplemental and Amended Motion for Relief from Temporary Stay | 8. Denied |
| | | 9. Plt's Supplemental and Amended Motion for Attorney Fees | 9. Denied |
| 041P11-3 | State v. Vernon Russell Kirk | 1. Def's *Pro Se* Motion for NOA (COAP12-553) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Def's *Pro Se* PWC to Review Order of COA | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 3. Allowed |
| | | 4. Def's *Pro Se* Motion to Appoint Counsel | 4. Dismissed as Moot |
| | | | **Jackson, J., Recused** |
| 042P10-2 | State v. David Henry Rogers | 1. Def's NOA Based Upon a Constitutional Question (COA11-482) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 044P12 | Judy St. John v. Tammy Brantley ——————— Judy St. John v. Vicky Brantley | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA11-635) | 1. Dismissed |
| | | 2. Defs' PWC to Review Decision of COA | 2. Denied |